UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff,

v.

ASCENDANT HOLIDAYS, LLC,
a Florida limited liability company,
et al.

    Defendants.

CASE NO. 2:24-cv-12379

HON. TERRENCE G. BERG

MAGISTRATE JUDGE
ANTHONY P. PATTI

| | |
|---|---|
| Mark Dobronski<br>Plaintiff In Pro Per<br>P.O. Box 99<br>Dexter, Michigan 48130<br>(734) 641-2300<br>markdobronski@yahoo.com | JACKSON LEWIS P.C.<br>Allan S. Rubin (P44420)<br>Elyse K. Culberson (P82132)<br>Attorneys for Defendant Booking.com (USA) Inc.<br>2000 Town Center, Suite 1650<br>Southfield, MI  48075<br>(248) 936-1900<br>allan.rubin@jacksonlewis.com<br>elyse.culberson@jacksonlewis.com |

## STIPULATED ORDER DISMISSING DEFENDANT BOOKING.COM (USA) INC. WITHOUT PREJUDICE

Upon stipulation of the parties and the Court being fully advised of the premises;

IT IS HEREBY ORDERED that Defendant Booking.com (USA) Inc. is dismissed from this action without prejudice and with Plaintiff and Defendant Booking.com (USA) Inc. to bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

/s/Terrence G. Berg
HON. TERRENCE G. BERG

Dated: March 25, 2025

STIPULATED AND AGREED TO BY:

JACKSON LEWIS P.C.

/s/ Mark M. Dobronski

Mark Dobronski
Plaintiff In Pro Per
P.O. Box 99
Dexter, Michigan 48130
(734) 641-2300
markdobronski@yahoo.com

/s/ Elyse K. Culberson
Allan S. Rubin (P44420)
Elyse K. Culberson (P82132)
Attorneys for Defendant Booking.com (USA) Inc.
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 936-1900
allan.rubin@jacksonlewis.com
elyse.culberson@jacksonlewis.com

Dated: March 18, 2025

2